

CJ14 6364-

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

NOV 20 2014

TIM RHODES
COURT CLERK

| | | |
|---|---|---|
| DAWN BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| a foreign Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

CJ - 2014 - 6364

**PETITION FOR DECLATORY JUDGMENT**

**COMES NOW** the Plaintiff, Dawn Barnes, and for her causes of action against the Defendant, State Farm Insurance Company (hereinafter "State Farm"), alleges and states as follows:

1. That the Plaintiff, Dawn Barnes, resides within Canadian County, State of Oklahoma.

2. That the Defendant, State Farm, is a foreign insurance company which does business within Oklahoma County, State of Oklahoma.

3. Venue and jurisdiction is proper pursuant to Okla. Stat. Tit. 12 §§ 1651, 1653.

4. Plaintiff has multiple policies of insurance with State Farm, which include provisions for medical payment coverages.

5. Plaintiff has State Farm Policy No. 088645336E which affords $100,000.00 in medical payment coverage.

6. Plaintiff has made a claim for payment under the medical payment coverage as a result of a wreck that occurred on August 27, 2013.

7. State Farm has denied making payment under the subject policy.

8. Plaintiff believes State Farm Policy No. 088645336E affords medical



EXHIBIT 3

payment coverage in relation to the August 27, 2013 wreck.

WHEREFORE, Plaintiff, Dawn Barnes, requests Judgment in its favor declaring that Defendant, State Farm Insurance Company, must pay medical payment benefits to the Plaintiff, and for all other and further relief that this Court deems Plaintiff entitled.

HOLLOWAY DOBSON & BACHMAN
One Leadership Square, Suite 900
211 North Robinson
Oklahoma City, Oklahoma 73102
(405) 235-8593

By: _____
BRYAN G. GARRETT, OBA #17866
bgarrett@hollowaydobson.com
GARY C. BACHMAN OBA #400
gbachman@hollowaydobson.com
STEPHEN D. BACHMAN, OBA #14030
sbachman@hollowaydobson.com

ATTORNEYS FOR PLAINTIFF

**JURY TRIAL DEMANDED**
**ATTORNEY LIEN CLAIMED**