IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAWN BARNES, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-15-25-C |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company, | ) |
| | ) |
| Defendant. | ) |

### J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendant's Motion for Summary Judgment should be granted, and judgment is therefore entered on behalf of Defendant and against Plaintiff.

DATED this 23rd day of November, 2015.

_____
ROBIN J. CAUTHRON
United States District Judge